# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| REBECCA SANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:09cv566 |
| vs. | § | |
| | § | |
| CITIMORTGAGE, INC., and | § | |
| FEDERAL HOME LOAN | § | |
| MORTGAGE CORPORATION | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 24, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Citimortgage, Inc. and Federal Home Loan Mortgage Corporation's Motion for Summary Judgment (Dkt. 23) should be GRANTED and that Plaintiff should take nothing by her claims here.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

1

of the court. Therefore, Defendants Citimortgage, Inc. and Federal Home Loan Mortgage Corporation's Motion for Summary Judgment (Dkt. 23) is GRANTED and Plaintiff shall take nothing by her claims here.

**IT IS SO ORDERED.**

**SIGNED this the 10th day of May, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE